UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-995 GHK (FFMx) | Date | August 13, 2009 |
|---|---|---|---|

| Title | JONATHAN LOPEZ v. KELLY CANDAELE, et al |
|---|---|

**Presiding: The Honorable**  **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

NONE  NONE

**Proceedings:** **(IN CHAMBERS) ORDER**

On the court's own motion, Defendant's Motion for Reconsideration of Ruling on Motion for Preliminary Injunction [52], noticed for hearing on August 17, 2009, is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date. F.R.Civ.P. 78; Local Rule 7-15 (formerly 7.11). No appearance by counsel shall be necessary. The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

-- : --
Initials of Preparer  Bea