**FILED**

**AUG 12 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN LOPEZ,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KELLY G. CANDAELE, in her individual and official capacity as a member of the Los Angeles Community College District Board of Trustees; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>JOHN MATTESON, in his individual and official capacity as Professor of Speech at Los Angeles City College,<br><br>Defendant. | No. 09-56238<br><br>D.C. No. 2:09-cv-00995-GHK<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>AUG 1 2 2009<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

The appeal filed August 7, 2009 is a preliminary injunction appeal.

Accordingly, Ninth Circuit Rule 3-3 shall apply.

However, the court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the

cj/MOATT

order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4).
Accordingly, proceedings in this court shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 5 days after the district court's ruling on the pending motion, appellants shall notify this court in writing of the ruling and shall advise whether appellants intend to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellants must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A