UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| JONATHAN LOPEZ, | No. 09-56238 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:09-cv-00995-GHK |
| v. | Central District of California, Los Angeles |
| KELLY G. CANDAELE, in her individual and official capacity as a member of the Los Angeles Community College District Board of Trustees; et al., | ORDER |
| Defendants - Appellants, | |
| and | |
| JOHN MATTESON, in his individual and official capacities as Professor of Speech at Los Angeles City College, | |
| Defendant. | |



This is a preliminary injunction appeal.

The unopposed oral motion for a 14-day extension of time to file the answering brief is granted. The answering brief is now due January 6, 2010; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

cj/MOATT