UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-995-GHK-(FFMx) | Date | January 22, 2010 |
|---|---|---|---|
| Title | JONATHAN LOPEZ v. KELLY G. CANDAELE, et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers)**     Joint Motion to Vacate and Re-Set Scheduling Conference [77]

    This matter is presently calendared for Scheduling Conference on Monday, February 22, 2010. The court has reviewed the Parties' Joint Motion to Vacate and Re-Set the Scheduling Conference, noticed for hearing on February 22, 2010.  The Joint Motion is hereby GRANTED.
We hereby take the parties' motion and Scheduling Conference off calendar.  We will re-calendar the Scheduling Conference after issuance of a mandate by the Ninth Circuit Court of Appeals.

    **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |