FILED: 5/19/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Jonathan Lopez,*

        Plaintiff,

    v.

*Kelly G. Candaele, et al.*

        Defendants.

CASE NO. CV 09-995-GHK (FFMx)

JUDGMENT

Based on our November 6, 2009 and May 19, 2011 Orders,

IT IS HEREBY ADJUDGED THAT Plaintiff Jonathan Lopez shall have judgment against Defendant John Matteson, in his individual capacity, in the amount of $5,000.00, along with post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS FURTHER ADJUDGED THAT all of Plaintiff Jonathan Lopez's claims against Defendants Kelly G. Candaele, Mona Field, Allison Jones, Gene Little, Georgia L. Mercer, Jamillah Moore, Cristy Passman, Nancy Pearlman, Angela J. Reddock, Miguel Santiago, and Sylvia Scott-Hayes are **DISMISSED**.

**IT IS SO ORDERED**.

DATED: May 19, 2011

_____
GEORGE H. KING
United States District Judge